**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                               CASE NO.  3: 02cr5 LAC

BRANDON E. CLARK

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on    June 12, 2008
Motion/Pleadings:  MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)
Filed by  DEFENDANT PRO SE    on 6/5/08    Doc.# 200

RESPONSES:
BY GOVERNMENT    on 6/11/08    Doc.# 201
BY DEFENDANT PRO SE    on 6/27/08    Doc.# 204

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

LC (1 OR 2)    *s/Mary Maloy*
                                Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 8th day of August, 2008, that:*

*(a) The relief requested is* ***DENIED.***

*(b) The defendant was held accountable for slightly below 10 kilograms of cocaine base which resulted in a base offense level of 38. Pursuant to Amendment 706 to the Sentencing Guidelines, the Drug Quantity Table at §2D1.1 assigns a base offense of 38 for 4.5 kilograms or more of cocaine base. Since the defendant's base offense level is unchanged, he is not eligible for any reduction in his sentence of imprisonment based upon this amendment.*

                                                      *s/L.A. Collier*
                                                   ***LACEY A. COLLIER***
                          ***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____

Document No.